# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☐ **Under Seal**

**Judge Assigned:**

City:

Superseding Indictment:

**Criminal No.**

County: Fairfax

Same Defendant:

New Defendant: X

Magistrate Judge Case No. 1:15mj325

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Reza Niknejad    Alias(es):    ☐ Juvenile  FBI No.

**Address:**

Employment:

**Birth Date:** xx-xx-xx96    **SSN:** xxx-xx-xxx    **Sex:** Male    Race:    Nationality:

**Place of Birth:**    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ **Interpreter**  **Language/Dialect:**    Auto Description:

## Location/Status:

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

**Name:**    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Michael P. Ben'Ary    **Phone:** 703-299-3729    Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

SA David L. Martinez, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy to provide material supp | 1 | Felony |
| Set 2: | 18 U.S.C. §2339A | Conspiracy to provide material supp | 2 | Felony |

Date: 6/10/15    AUSA Signature: _[signature]_    *may be continued on reverse*